```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

ANDREW HAWKINS,
                              Defendant(s).
----------------------------------------------------------------X
```

**CONSENT TO PROCEED BY TELECONFERENCE**

20-MAG-12769

Defendant __ANDREW HAWKINS_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__X__ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Felony Plea/Trial/Sentence

_/s/ Andrew Hawkins_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/ Marisa K. Cabrera_____  
Defense Counsel's Signature

Andrew Hawkins_____  
Print Defendant's Name

_Marisa K. Cabrera_____  
Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

__January 12, 2021__  
Date

_____  
U.S. Magistrate Judge – ONA T. WANG