UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :

                                                                                                                    :        <u>ORDER</u>

                -v.-

                                                :        20 MJ 12769(GWG)

ANDREW HAWKINS,                               :

                Defendant.                        :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The waiver of extradition hearing will take place by telephone on February 3, 2021, at 9:00 a.m. The parties shall dial in to the proceeding by calling (888) 557-8511 and using access code 6642374.

      SO ORDERED.

Dated: January 27, 2021
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge