UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

           -against-

                                                                                                                      20 -MAG-12769

Andrew Hawkins

                                       Defendant(s).
------------------------------------------------------------------X

Defendant ___Andrew Hawkins_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Waiver of Extradition Proceeding

*Andrew Hawkins*                                     *Marisa K. Cabrera*

_____        _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Andrew Hawkins_____       _Marisa K. Cabrera_____
Print Defendant's Name                                    Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

                                                                *Gabriel W. Gorenstein*

_February 3, 2021____                       _____
Date                                                      U.S. District Judge/U.S. Magistrate Judge